ORIGINAL

1  CRANSTON J. WILLIAMS, Bar No. 162714
2  SEAN A. ANDRADE Bar No. 223591
   BAKER & HOSTETLER
3  12100 Wilshire Boulevard, 15th Floor
   Los Angeles, CA 90025-7120
4  Telephone: 310.820.8800
   Facsimile: 310.820.8859
5  Email: cwilliams@bakerlaw.com

6  Attorneys for Defendant
   BESSER COMPANY

FILED
2008 FEB 20  A 11: 46
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

ROWLAND PUGH,

  Plaintiff,

v.

BESSER COMPANY, CALSTONE COMPANY and DOES 1 through 20,

  Defendant.

Case No. C08 01014 HRL

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (L.R. 3-16)**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: February 19, 2008

Baker & Hostetler LLP
CRANSTON J. WILLIAMS
SEAN A. ANDRADE

_/s/ Cranston Williams_
Cranston J. Williams

Attorneys for Defendant
BESSER COMPANY

CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS (L.R. 3-16)

## PROOF OF SERVICE BY MAIL

I am employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 12100 Wilshire Boulevard, 15th Floor, Los Angeles, California 90025-7120. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On February 19, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (L.R. 3-16)**

in a sealed envelope, postage fully paid, addressed as follows:

Richard J. Staskus, Esq.
Law Offices of Richard J. Staskus
84 West Santa Clara Street, Suite 840
San Jose, CA 95113
Telephone: (408) 995-0800
Facsimile: (408) 294-8481

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 19, 2008, at Los Angeles, California.

_____
James A. Belton

056266, 000021, 501767131.1