```
 1  CRANSTON J. WILLIAMS, Bar No. 162714    FILED
    BAKER & HOSTETLER LLP
 2  12100 Wilshire Boulevard, 15th Floor
    Los Angeles, CA  90025-7120             2008 FEB 27  P 3: 12
 3  Telephone:  310.820.8800
    Facsimile:   310.820.8859               RICHARD W. WIEKING
 4  Email:       cwilliams@bakerlaw.com     CLERK
                                            U.S. DISTRICT COURT
 5  Attorneys for Defendant                 NO. DIST. OF CA. S.J.
    BESSER COMPANY
 6
 7
                   UNITED STATES DISTRICT COURT
 8
                  NORTHERN DISTRICT OF CALIFORNIA
 9
                        SAN JOSE DIVISION
10
11
12  ROWLAND PUGH,                Case No. C08 01014 HRL
13              Plaintiff,       NOTICE OF REMOVAL OF
                                 ACTION UNDER 28 U.S.C. §1441(b)
14       v.                      (DIVERSITY)
                                                         By Fax
15  BESSER COMPANY, CALSTONE
    COMPANY and DOES 1 through
16  20,
17              Defendant.
```

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that defendant Besser Company ("Defendant Besser") hereby removes to this Court the state court action described below.

1. On October 10, 2007 an action was commenced in the Superior Court of the State of California in and for the County of Santa Clara, entitled Rowland Pugh, Plaintiff, vs. Besser Company, Calstone Company, and Does 1 through 20, Defendants, as Case Number 107-CV-096060 (the "Action"). A copy of the complaint Plaintiff Rowland Pugh ("Plaintiff") filed in the Action is attached hereto as Exhibit "A" (the "Complaint").

2.  The first date upon which Defendant Besser received a copy of the Complaint was on October 16, 2007 when defendant Besser was served with a copy of the Complaint and a summons from the California Superior Court. A copy of the summons and other court forms are attached hereto as Exhibit "B".

## JURISDICTION
## DIVERSITY OF CITIZENSHIP

3.  This Action is a civil action over which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. §1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs, because Plaintiff Rowland Pugh ("Plaintiff") alleges that due to physical injuries to his face, nose, tear ducts, and other body parts, he has suffered and will continue to suffer lost wages, a decrease in earning capacity, plus past and future medical expenses.

4.  Defendant Besser is informed and believes that Plaintiff was, and still is, a citizen of the State of California. Defendant Besser was at the time of the filing of this action and still is, a corporation incorporated under the laws of the State of Michigan, having its principal place of business in the State of Michigan.

5.  When this Action was originally filed, complete diversity of citizenship was lacking because Defendant Calstone Company ("Defendant Calstone") was a citizen of the same state as Plaintiff. On November 19, 2007, complete diversity of citizenship between plaintiff and defendants was created by reason of Plaintiff voluntarily dismissing Defendant Calstone from the Action.

6.  When this Action was originally filed and even when Defendant Calstone was dismissed, there was insufficient information to determine that the amount in controversy exceeded $75,000, the minimum for federal diversity jurisdiction. Plaintiff's Complaint simply alleged that damages were above

1  $25,000. However, on February 5, 2008, Plaintiff admitted under oath that the
2  amount in controversy exceeds $75,000.

3      7.    Defendant Besser is the only defendant that has been served with the
4  summons and complaint in this action.

5      8.    Pursuant to 28 U.S.C. 1446(a), attached as Exhibit "C" are copies of
6  Defendant Besser's Answer to Plaintiff's Complaint, Plaintiff's Notice of Dismissal
7  of Defendant Calstone, and Plaintiff's February 5, 2008 Amendment to the
8  Complaint adding Allen-Bradley as a defendant, which are all of the pleadings filed
9  by and served upon Defendant Besser in the Action to date.

10      9.    Although Plaintiff filed an Amendment to Complaint to add Allen-
11  Bradley as an additional defendant on or about February 5, 2008, as stated in
12  Paragraph 7 above, Defendant Besser is informed and believes that Plaintiff has not
13  yet served Defendant Allen-Bradley with the Complaint and summons in this
14  Action. Defendant Besser is also informed and believes that adding Allen-Bradley
15  would not destroy diversity because Allen-Bradley is not a California corporation
16  and at the time of the filing of this action and the notice of removal, Allen-
17  Bradley's principal place of business has been in the State of Wisconsin.

### VENUE

19      10.    Venue in this District is appropriate under 28 U.S.C. § 1441(b) in that
20  the removal is to the district in which the state action was filed.

22  Dated: February 19, 2008

Baker & Hostetler LLP
CRANSTON J. WILLIAMS

*Cranston Williams*
Cranston J. Williams

Attorneys for Defendant
BESSER COMPANY

501759746.2

- 3 -

NOTICE OF REMOVAL OF ACTION
UNDER 28 U.S.C. §1441(B) (DIVERSITY)

10/16/2007 11:42   989-354-9128   BESSER COMPANY   PAGE 03

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Richard J. Staskus, Esq.   72794<br>Law Offices of Richard J. Staskus<br>84 West Santa Clara Street, Suite 840<br>San Jose, CA 95113<br>TELEPHONE NO.: 408-995-0900   FAX NO. (Optional): 408-294-8481<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Rowland Pugh | [illegible court stamp]<br>FILED OCT 10 P 12 02<br>[illegible]<br>M. ROSAL |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA
STREET ADDRESS:
MAILING ADDRESS: 191 North First Street
CITY AND ZIP CODE: San Jose, CA 95113
BRANCH NAME:

PLAINTIFF: ROWLAND PUGH

DEFENDANT: BESSER COMPANY, CALSTONE COMPANY and

[X] DOES 1 TO 20

COMPLAINT—Personal Injury, Property Damage, Wrongful Death
[ ] AMENDED (Number):
Type (check all that apply):
[ ] MOTOR VEHICLE   [X] OTHER (specify):
   [ ] Property Damage   [ ] Wrongful Death
   [X] Personal Injury   [X] Other Damages (specify): Products Liability

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE
   Amount demanded [ ] does not exceed $10,000
   [ ] exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
   [ ] from limited to unlimited
   [ ] from unlimited to limited

CASE NUMBER: 107CV096060

1. Plaintiff (name or names): Rowland Pugh

   alleges causes of action against defendant (name or names): Besser Company, Calstone Company

2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor   [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

   b. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor   [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property Damage, Wrongful Death

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

10/15/2007  11:42    989-354-3120             BESSER COMPANY                    PAGE  04

| SHORT TITLE: Pugh v. Besser, et al. | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ except defendant (name): **Besser Company**
      (1) ☒ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   c. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   b. ☒ except defendant (name): **Calstone Company**
      (1) ☒ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☐ Doe defendants (specify Doe numbers): _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☐ Doe defendants (specify Doe numbers): _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☒ at least one defendant now resides in its jurisdictional area.
   b. ☒ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

PLD-PI-001 [Rev. January 1, 2007]     COMPLAINT—Personal Injury, Property Damage, Wrongful Death     Page 2 of 3

10/16/2007  11:42    989-354-3120           BESSER COMPANY                    PAGE  05

| SHORT TITLE: Pugh v. Besser, et al. | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each (each complaint must have one or more causes of action attached):
   a. ☐ Motor Vehicle
   b. ☐ General Negligence
   c. ☐ Intentional Tort
   d. ☒ Products Liability
   e. ☐ Premises Liability
   f. ☐ Other (specify):

11. Plaintiff has suffered
   a. ☒ wage loss
   b. ☒ loss of use of property
   c. ☒ hospital and medical expenses
   d. ☒ general damage
   e. ☒ property damage
   f. ☒ loss of earning capacity
   g. ☐ other damage (specify):

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☒ compensatory damages
      (2) ☐ punitive damages
      The amount of damages is (in cases for personal injury or wrongful death, you must check (1)):
      (1) ☒ according to proof
      (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows (specify paragraph numbers):

Date: October 2, 2007

Richard J Staskus
(TYPE OR PRINT NAME)                                      (SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev January 1, 2007]           COMPLAINT-Personal Injury, Property              Page 3 of 3
                                             Damage, Wrongful Death

10/16/2007  11:42   989-354-3128            BESSER COMPANY                      PAGE  06

| SHORT TITLE: Pugh v. Besser, et al. | CASE NUMBER: |
|---|---|

__FIRST__ (number)             **CAUSE OF ACTION- Products Liability**                Page 4

ATTACHMENT TO [X] Complaint   [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

Plaintiff (name): Rowland Pugh

**Prod.L-1.** On or about (date): October 11, 2006     plaintiff was injured by the following product
A model V3 Vibrapak (Rear Steel Pallet Feeder) for the manufacturing of concrete units. Plaintiff, Rowland Pugh was hit in the face by an ejected pallet.

**Prod.L-2.** Each of the defendants knew the product would be purchased and used without inspection for defects. The product was defective when it left the control of each defendant. The product at the time of injury was being
   [X] used in the manner intended by the defendants.
   [X] used in a manner that was reasonably foreseeable by defendants as involving a substantial danger not readily apparent. Adequate warnings of the danger were not given.

**Prod.L-3.** Plaintiff was a
   [ ] purchaser of the product.                    [ ] user of the product.
   [X] bystander to the use of the product.         [ ] other (specify):

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:

**Prod.L-4.** [X] Count One-Strict liability of the following defendants who
   a. [X] manufactured or assembled the product  (names):
      Besser Company and
      [X] Does 1 to 20
   b. [X] designed and manufactured component parts supplied to the manufacturer  (names):
      Besser Company and
      [X] Does 1 to 20
   c. [X] sold the product to the public (names):
      Besser Company and
      [X] Does 1 to 20

**Prod.L-5.** [X] Count Two-Negligence of the following defendants who owed a duty to plaintiff (names):
      Besser Company and
      [X] Does 1 to 20

**Prod.L-6.** [X] Count Three-Breach of warranty by the following defendants (names):
      Besser Company and
      [X] Does 1 to 20
   a. [X] who breached an implied warranty
   b. [ ] who breached an express warranty which was
      [ ] written   [ ] oral

**Prod.L-7.** [X] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
   [ ] listed in Attachment-Prod.L-7  [X] as follows:
      Calstone Company functioned in a dual capacity as to Rowland Pugh

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(6) [Rev. January 1, 2007]
Essential Forms

**CAUSE OF ACTION - Products Liability**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

Page 1 of 1