```
CRANSTON J. WILLIAMS, Bar No. 162714
BAKER & HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, CA 90025-7120
Telephone:  310.820.8800
Facsimile:  310.820.8859
Email:      cwilliams@bakerlaw.com

Attorneys for Defendant
BESSER COMPANY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROWLAND PUGH,<br><br>   Plaintiff,<br><br>v.<br><br>BESSER COMPANY, CALSTONE COMPANY and DOES 1 through 20,<br><br>   Defendant. | Case No. C08 01014 HRL<br><br>**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** |

I, Laraine Cook, certify and declare as follows:

I am over the age of 18 years and not a party to this action.

My business address is Baker & Hostetler LLP, 600 Anton Blvd., Suite 900, Costa Mesa, Orange County, CA 92626.

On March 25, 2008, I caused to be personally served the Notice to Adverse Party of Removal to Federal Court dated, February 19, 2008, and the Notice of Removal of Action Under 28 U.S.C. §§ 1441(b)(Diversity), a copy of the Proof of Service is attached to this Certificate as Exhibit "A." The notice of Removal of action Under 28 U.S.C. §§(b) (Diversity) was also served by mail on

1  February 19, 2008 and a copy of that proof of service is attached to this certificate
2  as Exhibit "B."
3      I declare under penalty of perjury that the foregoing is true and correct.
4  Executed on April 8, 2008 in Costa Mesa, California.
5
6
7  *[signature: Laraine Cook]*
   Laraine Cook
8
9  501812130.1, Certificate
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

CERTIFICATE OF SERVICE OF NOTICE TO
ADVERSE PARTY OF REMOVAL
TO FEDERAL COURT

## PROOF OF SERVICE

I, Laraine A. Cook, declare:

I am employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 600 Anton Boulevard, Suite 900, Costa Mesa, California 92626-7221. On April 9, 2008, I served a copy of the within document(s):

**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. and the transmission was reported as complete and without error.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Costa Mesa, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed Overnight Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to an agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Richard J. Staskus, Esq.
Law Offices of Richard J. Staskus
84 West Santa Clara Street, Suite 840
San Jose, California 95113
Tel: (408) 995-0800

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

1  Executed on April 9, 2008, at Costa Mesa, California.

*[Signature: Laraine A. Cook]*
Laraine A. Cook

501835217.1, pos

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
COSTA MESA

# EXHIBIT "A"

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Cranston J. Williams, SBN 162714<br>12100 Wilshire Blvd Fl 15<br>Los Angeles    CA    90025 | | |

ATTORNEY FOR (Name

Insert of Court Name of Judicial District and Branch Court if any
**SANTA CLARA COUNTY SUPERIOR COURT, SAN JOSE**

SHORT TITLE OF CASE
**PUGH V. BESSER**

| 1345147 | (HEARING) Date | Time | Dept | Case Number:<br>107CV096060 |
|---|---|---|---|---|
| | | | | REFERENCE NO.<br>PUGH V. BESSER |

**PROOF OF SERVICE C.C.P. 1011**

1. I DECLARE: I AM OVER THE AGE OF EIGHTEEN YEARS AND NOT A PARTY TO THE ABOVE ENTITLED ACTION. MY BUSINESS ADDRESS IS 2900 BRISTOL, E106, COSTA MESA, CA 92626
   ON:    3/25/2008 AT    3:05:00 PM

2. I DELIVERED A TRUE COPY OF THE:

   NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT; NOTICE OF REMOVAL OF ACTION UNDER 28J.S.C. 1441(b) DIVERSITY

IN THE MANNER PROVIDED IN (CCP1011) AS FOLLOWS:
PARTY SERVED:   Richard J. Straskus, Esq., Law Offices Of

   Richard J. Straskus

PERSON RECEIVING COPIES:   SLID UNDER DOOR

ADDRESS:   84 W Santa Clara St Ste 840
   San Jose        CA    95113

(BY PERSONAL SERVICE) CAUSING EACH TO BE DELIVERED BY HAND TO THE OFFICES OF EACH IDENTIFIED ADDRESS AND/OR LEAVING THE SAME WITH THE PERSON IN CHARGE AT SAID ADDRESS(ES) DURING THE BUSINESS HOURS BETWEEN 9:00 AM AND 5:00PM.

7a. Person Serving:    Mike    Weeker

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

d. The fee for service was    $119.00
e. I am:
   (1)         not a registered California process server:
   (3) X       registered California process server:
       (i) Independant Contractor
       (i) Registration No:    617
       (i) County: SANTA CLARA

   SIGNATURE

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

4/2/2008    Mike    Weeker    **PROOF OF SERVICE**

**EXHIBIT "B"**

# PROOF OF SERVICE BY MAIL

I am employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 12100 Wilshire Boulevard, 15th Floor, Los Angeles, California 90025-7120. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On February 19, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

    NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C.
    §1441(b) (DIVERSITY)

in a sealed envelope, postage fully paid, addressed as follows:

Richard J. Staskus, Esq.
Law Offices of Richard J. Staskus
84 West Santa Clara Street, Suite 840
San Jose, CA 95113
Telephone: (408) 995-0800
Facsimile: (408) 294-8481

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 19, 2008, at Los Angeles, California.

                                      */s/ James A. Belton*
                                        James A. Belton

056266, 000021, 501767118.1