Clerk's Use Only
Initial for fee pd:

1  CORY M. CURTIS, Colo. Bar No. 34907
   BAKER & HOSTETLER LLP
2  303 East 17th Avenue, Suite 1100
   Denver, CO 80203
3  Telephone: (303) 861-0600
   Facsimile: (303) 861-7805
4  E-mail: ccurtis@bakerlaw.com

**Filed**

APR 21 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

5             UNITED STATES DISTRICT COURT

6                NORTHERN DISTRICT OF CALIFORNIA

7                        SAN JOSE DIVISION

8

9  ROWLAND PUGH,                         Case No. 5:08-CV01014-HRL

10            Plaintiff,                 **APPLICATION FOR ADMISSION OF**
                                         **ATTORNEY *PRO HAC VICE***
11  v.

12  BESSER COMPANY, CALSTONE
    COMPANY and DOES 1 through 20,
13
              Defendant.
14

15       Pursuant to Civil L.R. 11-3, CORY M. CURTIS, ESQ., an active member in good

16  standing of the bar of THE STATE OF COLORADO, bar number 34907, hereby applies for

17  admission to practice in the Northern District of California on a pro hac vice basis representing

18  defendant BESSER COMPANY in the above-entitled action.

19       In support of this application, I certify on oath that:

20       1.   I am an active member in good standing of a United States Court or of the highest

21            court of another State or the District of Columbia, as indicated above;

22       2.   I agree to abide by the Standards of Professional Conduct set forth in Civil Local

23            Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to

24            become familiar with the Local Rules and the Alternative Dispute Resolution

25            programs of this Court; and,

26       3.   An attorney who is a member of the bar of this Court in good standing and who

27            maintains an office within the State of California has been designated as co-

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1  counsel in the above-entitled action. The name, address and telephone number of
2  that attorney is:

3  CRANSTON WILLIAMS
   BAKER & HOSTETLER LLP
4  12100 Wilshire Boulevard, 15th Floor
5  Los Angeles, CA 90025-7120
   Telephone:    310.820.8800
6  Facsimile:    310.820.8859
   Email: cwilliams@bakerlaw.com
7

8     4.    I declare under penalty of perjury that the foregoing is true and correct.

9  Dated: April 15, 2008                    Baker & Hostetler LLP
                                            CORY M. CURTIS

   _____
   Cory M. Curtis

   [*Proposed*] Attorneys for Defendant
   BESSER COMPANY