Clerk's Use Only
Initial for fee pd:

1  LAURIN D. QUIAT, Colo. Bar No. 14687
   BAKER & HOSTETLER LLP
2  303 East 17th Avenue, Suite 1100
   Denver, CO 80203
3  Telephone: (303) 861-0600
   Facsimile: (303) 861-7805
4  E-mail: lquiat@bakerlaw.com


Filed
APR 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROWLAND PUGH,<br><br>Plaintiff,<br><br>v.<br><br>BESSER COMPANY, CALSTONE COMPANY and DOES 1 through 20,<br><br>Defendant. | Case No. 5:08-CV01014-HRL<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, LAURIN D. QUIAT, ESQ., an active member in good standing of the bar of THE STATE OF COLORADO, bar number 14687 hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing defendant BESSER COMPANY in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

APPLICATION FOR ADMISSION OF
ATTORNEY *PRO HAC VICE*

1 counsel in the above-entitled action. The name, address and telephone number of
2 that attorney is:

3 CRANSTON WILLIAMS
4 BAKER & HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
5 Los Angeles, CA 90025-7120
Telephone:   310.820.8800
6 Facsimile:    310.820.8859
Email: cwilliams@bakerlaw.com
7

8   4.   I declare under penalty of perjury that the foregoing is true and correct.

9 Dated: April 14, 2008

Baker & Hostetler LLP
LAURIN D. QUIAT

_____
Laurin D. Quiat

[*Proposed*] Attorneys for Defendant
BESSER COMPANY