UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ROWLAND PUGH,

    Plaintiff,

v.

BESSER COMPANY, CALSTONE COMPANY and DOES 1 through 20,

    Defendant.

Case No. 5:08-CV01014-HRL

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

LAURIN D. QUIAT, an active member in good standing of the bar of THE STATE OF COLORADO whose business address and telephone number is Baker & Hostetler LLP, 303 East 17th Avenue, Suite 1100, Denver, CO 80203 (303) 861-0600, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing defendant, BESSER COMPANY.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must be indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

Dated: _____

                                                                Howard R. Lloyd
                                                                United States Magistrate Judge