**RECEIVED**
2008 APR 22 AM 10: 28
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA. S.J.

UNITED STATES DISTRICT COURT
Northern District of California

TransVideo Electronics, Ltd.,
an Indiana Corporation,

        Plaintiff(s),

v.

XM Satellite Radio Holdings, Inc.,
and
XM Satellite Radio, Inc.,

        Defendant(s).

CASE NO. CV-08-2011 (HRL)

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

John Francis Sweeney, an active member in good standing of the bar of USDC, Southern District Of New York whose business address and telephone number (particular court to which applicant is admitted) is

Morgan & Finnegan, LLP, 3 World Financial Center, New York, NY 10281-2101
Telephone: (212) 415-8525 and Facsimile: (212) 415-8701

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff TransVideo Electronics, Ltd.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

                              United States Magistrate Judge
                              Harold R. Lloyd