UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ROLAND PUGH,

　　　　　　　　　　　　　　　　　　　　CASE NO.  5:08-cv-01014-HRL

　　　　　　　Plaintiff(s),

　　　　v.　　　　　　　　　　　　　　　STIPULATION AND [PROPOSED]
BESSER COMPANY, ET AL.,　　　　　　　　ORDER SELECTING ADR PROCESS

　　　　　　　Defendant(s).
_____/

　　　　Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
　　　　Non-binding Arbitration (ADR L.R. 4)
　　　　Early Neutral Evaluation (ENE)　(ADR L.R. 5)
　　　　Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR, must participate in an
ADR phone conference and may not file this form. They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
✓　　　　Private ADR *(please identify process and provider)*　Mediation; parties to select

The parties agree to hold the ADR session by:
✓　　　　the presumptive deadline *(The deadline is 90 days from the date of the order
　　　　referring the case to an ADR process unless otherwise ordered. )*

　　　　other requested deadline _____

Dated: 5/19/08 _____

　　　　　　　　　　　　　　　　　　Richard Staskus _____
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: 5/19/08 _____

　　　　　　　　　　　　　　　　　　Cory M. Curtis
　　　　　　　　　　　　　　　　　　Attorney for Defendant

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
   Non-binding Arbitration
   Early Neutral Evaluation (ENE)
   Mediation
   Private ADR

Deadline for ADR session
   90 days from the date of this order.
   other                              .

IT IS SO ORDERED.

Dated:_____          _____

                                   UNITED STATES DISTRICT     JUDGE

## PROOF OF SERVICE

I, Laraine A. Cook, declare:

I am employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 600 Anton Boulevard, Suite 900, Costa Mesa, California 92626-7221. On May 20, 2008, I served a copy of the within document(s):

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. and the transmission was reported as complete and without error.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Costa Mesa, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed Overnight Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to an agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Richard J. Staskus, Esq.
Law Offices of Richard J. Staskus
84 West Santa Clara Street, Suite 840
San Jose, California 95113
Tel: (408) 995-0800

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
COSTA MESA

1    Executed on May 20, 2008, at Costa Mesa, California.

2

3                                                    _____/s/_____

4                                                            Laraine Cook

5    501835217.1

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
COSTA MESA

- 2 -