RICHARD J. STASKUS, SBN 72794
**LAW OFFICES OF RICHARD J. STASKUS**
84 W. Santa Clara Street, Suite 840
San Jose, CA 95113
Telephone: (408) 995-0800

Attorneys for Plaintiff,

FILED
2008 JUN 3 A 11: 20
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHEN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLAND PUGH | Case No.: C 08-01014 HRL |
| Plaintiff, | CONSENT TO PROCEED BEFORE A UNITED STATE MAGISTRATE JUDGE |
| vs. | |
| BESSER CORPORATION, et al. And DOES 1-20 | |
| Defendants. | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28 U.S.C. Section 636 (c) the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all proceedings in this case, including trial, and the entry of a final judgement. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 6-3-08                           **LAW OFFICES OF RICHARD J. STASKUS**

                                         Richard J. Staskus
                                         Attorney for Plaintiff

Law Offices of
Richard J. Staskus
84 W. Santa Clara Street
Suite 840
San Jose, CA 95113
(408) 995-0800

1
XXX

POS-040

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Richard J. Staskus Esq.    # 72794<br>Law Office of Richard J. Staskus<br>84 West Santa Clara Street #840<br>San Jose, CA 95113<br>TELEPHONE NO.: (408) 995-0800    FAX NO. (Optional): (408) 294-8481<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff | |

UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF CA
STREET ADDRESS: 280 South First Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Jose, CA 95113
BRANCH NAME:

PETITIONER/PLAINTIFF: Rowland Pugh

RESPONDENT/DEFENDANT: Besser Company

**PROOF OF SERVICE-CIVIL**
Check method of service (only one):
☐ By Personal Service  ☒ By Mail  ☐ By Overnight Delivery
☐ By Messenger Service  ☒ By Facsimile  ☐ By E-Mail/Electronic Transmission

CASE NUMBER: C 08-0101 4 HRL
JUDGE: Hon. Howard Lloyd
DEPT.: 2

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1. At the time of service I was over 18 years of age and **not a party to this action.**

2. My address is *(specify one)*: 84 WEST SANTA CLARAS STREET #840
   a. ☒ Business:    b. ☐ Residence:

3. On *(date)*: 6-3-08    I served the following **documents** *(specify)*:
   CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

   ☐ The documents are listed in the *Attachment to Proof of Service-Civil (Documents Served)* (form POS-040(D)).

4. I served the documents on the **persons** below, as follows:
   a. Name of person served:
      COREY CURTIS ESQ.
   b. Address of person served:
      303 EAST 17TH AVENUE, SUITE 1100
      DENVER, CO 80203
   c. Fax number or e-mail address of person served, if service was by fax or e-mail: 303-861-7805
   d. Time of service, if personal service was used:
      ☐ The names, addresses, and other applicable information about the persons served is on the *Attachment to Proof of Service-Civil (Persons Served)* (form POS-040(P)).

5. The documents were served by the following means *(specify)*:
   a. ☐ **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 4.
      (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

---

Form Approved for Optional Use
Judicial Council of California
POS-040 [New January 1, 2005]
Martin Dean's Essential Forms ™

**PROOF OF SERVICE - CIVIL**
(Proof of Service)

Code of Civil Proc., §§ 1011,
1013, 1013a, 2015.5
www.courtinfo.ca.gov

Pugh, Rowland

| CASE NAME | CASE NUMBER: |
|---|---|
| Pugh v. Besser | 107 CV 096060 |

5. b. ☒ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and *(specify one):*

   (1) ☒ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

   (2) ☐ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

   I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at *(city and state):*

   c. ☐ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

   d. ☐ **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 4 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

   e. ☒ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 4. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

   f. ☐ **By e-mail or electronic transmission.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed in item 4. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 6-3-08

ALFREDO YTURRELDE
(TYPE OR PRINT NAME OF DECLARANT)            ▶ /s/ Alfred Yturrelde
                                                (SIGNATURE OF DECLARANT)

*(If item 5d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)*

**DECLARATION OF MESSENGER**

☐ **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package, which was clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on *(date):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____                    ▶ _____
(NAME OF DECLARANT)                            (SIGNATURE OF DECLARANT)

POS-040 [New January 1, 2005]
Martin Dean's Essential Forms™

**PROOF OF SERVICE - CIVIL**
**(Proof of Service)**

Pugh, Rowland