Cranston J. William, Bar No. 162714
Sean Andrade, Bar No. 223591
BAKER & HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, California 90025-7120
Telephone:    (310) 820-8800
Facsimile:    (310) 820-8859
cwilliams@bakerlaw.com
sandrade@bakerlaw.com

Laurin D. Quiat, pro hac vice
Cory M. Curtis, *pro hac vice*
BAKER & HOSTETLER LLP
303 East 17th Avenue, Suite 1100
Denver, Colorado 80203-1264
Telephone:    303.861.0600
Facsimile:    303.861.7805
Email:    ccurtis@bakerlaw.com

Attorneys for Defendant
BESSER COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROWLAND PUGH,<br><br>    Plaintiff,<br><br>v.<br><br>BESSER COMPANY,<br><br>    Defendant. | Case No.  5:08-CV01014<br><br>**CONSENT TO PROCEED BEFORE A**<br>**UNITED STATES MAGISTRATE JUDGE**<br><br>Date:    June 3, 2008<br>Judge:    Howard R. Lloyd |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

 In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: June 3, 2008 | Baker & Hostetler LLP |
| 3 | | CORY M. CURTIS |
| 4 | | |
| 5 | | /s/ |
| | | Cory M. Curtis |
| 6 | | Attorneys for Defendant |
| | | BESSER COMPANY |

- 2 -   CONSENT TO PROCEED BEFORE A UNITED STATES
MAGISTRATE JUDGE 5:08-CV01014

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
DENVER

**PROOF OF SERVICE BY FACSIMILE**

1. I am employed in Denver County, Colorado. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 303 East 17th Avenue, Suite 1100, Denver, Colorado 80203-1264. On June 3, 2008, I served a copy of the within document(s):

   CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

by transmitting via facsimile the document(s) listed above to the fax number set forth below on this date before 5:00 p.m. and the transmission was reported as complete and without error:

   Richard J. Staskus, Esq.
   Law Office of Richard J. Staskus
   84 West Santa Clara Street, Suite 840
   San Jose, CA 95113
   Telephone (408) 995-0800
   Facsimile (408) 294-8481

   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

   Executed on June 3, 2008, at Denver, Colorado.

   /s/
   _____
   Stephanie L. Bliss

Baker & Hostetler LLP
Attorneys At Law
Denver