1  Cranston J. William, Bar No. 162714
2  Sean Andrade, Bar No. 223591
   BAKER & HOSTETLER LLP
3  12100 Wilshire Boulevard, 15th Floor
   Los Angeles, California 90025-7120
4  Telephone:    (310) 820-8800
   Facsimile:    (310) 820-8859
5  cwilliams@bakerlaw.com
   sandrade@bakerlaw.com
6

7  Laurin D. Quiat, *pro hac vice*
   Cory M. Curtis, *pro hac vice*
8  BAKER & HOSTETLER LLP
   303 East Seventeenth Avenue, Suite 1100
9  Denver, Colorado 80203
   Telephone:    (303) 861-0600
10 Facsimile:    (303) 861-7805

11
   Attorneys for Defendant BESSER COMPANY
12

13 Richard J. Staskus, Bar No. 72794
   LAW OFFICES OF RICHARD J. STASKUS
14 84 West Santa Clara Street, Suite 840
   San Jose, California 95113
15 Telephone:    (408) 995-0800
   Facsimile:    (408) 294-8481
16
   Attorneys for Plaintiff ROLAND PUGH
17

18                  UNITED STATES DISTRICT COURT

19                 NORTHERN DISTRICT OF CALIFORNIA

20

21 ROWLAND PUGH,                    )   Case No. 5:08-CV01014
                                    )
22              Plaintiff,          )   **JOINT RULE 26(f) REPORT**
                                    )
23 vs.                              )
                                    )
24 BESSER COMPANY, ET AL.,          )
                                    )
25              Defendants.         )
                                    )
26                                  )
                                    )
27 _____  )

28

---

1

*Rule 26(f) Report*

Pursuant to Federal Rule of Civil Procedure 26(f), and the Order Setting Initial Case Management Conference and ADR Deadlines (the "Order"), the parties hereby file this Joint Rule 26(f) Report.

1. **Rule 26(f) Conference:**

Cory M. Curtis and Richard J. Staskus conducted the Rule 26(f) conference by telephone on May 19, 2008 and have had several telephone conferences since then in an effort to finalize this Report and to further discuss discovery and case planning issues.

2. **Discovery Plan:**

A. The parties will exchange their Rule 26(a)(1) initial disclosures by June 3, 2008 in accordance with the Order.

B. The parties anticipate discovery may be needed on the following topics: the occurrence of the alleged accident; the design, manufacture, marketing, warnings, sale and installation of the machines and/or equipment in question; modifications to the machines and/or equipment, if any; the installation and set-up of the machines and/or equipment; the employer's activities, including training of the plaintiff and plant safety; plaintiff's alleged injuries, treatment prognosis and damages, plaintiff's use, operation and understanding of the machines and/or equipment. The parties anticipate that discovery could be completed by May 30, 2009.

C. Given the facts and circumstances of this case, the parties do not anticipate any issues about disclosure or discovery of electronically stored information.

D. The parties do not anticipate any issues about claims of privilege or of protection.

E. The parties do not anticipate needing to change any of the discovery limitations set forth in the Federal Rules or Local Rules.

F. At this time, the parties do not request that the Court issue any other orders under Rule 26(c) or under Rule 16(b) or (c).

Respectfully submitted,

1  Dated: June 3, 2008

2                                          BAKER & HOSTETLER LLP

3

4

5                                          By:      /s/                                    /
                                                Cory M. Curtis
6                                               Attorneys for Defendant BESSER
                                                COMPANY
7

8  Dated: June 3, 2008

9                                          LAW OFFICES OF RICHARD J. STASKUS

10

11

12                                         By:      /s/                                    /
                                                RICHARD J. STASKUS
13                                              Attorney for Plaintiff
                                                ROLAND PUGH
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

STATE OF COLORADO        )
                         )  ss.
CITY & COUNTY OF DENVER  )

I am a resident of the State of Colorado, over the age of eighteen years, and not a party to the within action. My business address is 303 East 17th Avenue, Suite 1100, Denver, Colorado 80203.

On June 3, 2008, the foregoing document described as **JOINT RULE 26(f) REPORT** was served on the person(s) listed below as follows:

Richard J. Staskus, Esq.
Law Office of Richard J. Staskus
84 West Santa Clara Street, Suite 840
San Jose, California 95113
Telephone:   (408) 995-0800
Facsimile:    (408) 294-8481

[ ] BY ELECTRONIC MAIL by the U.S. District Court – Live System.

[ ] BY MAIL: I placed true copies of the foregoing document in sealed envelopes addressed as stated on the above/attached service list. I placed such envelope, with postage thereon fully prepaid, for collection and mailing at Jenkens & Gilchrist, Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice the mail would be deposited with the U. S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] PERSONAL: I caused to be personally delivered such envelope by hand to the address above.

[ X ] BY FAX: I served the foregoing document on the interested parties in this action by transmitting the above-referenced document to the above-mentioned at the following telecopy number.

[ ] BY OVERNITE EXPRESS: I served the foregoing document on the interested parties in this action by placing the document(s) listed above to be delivered via Overnite Express in a sealed envelope at Los Angeles, California addressed as set forth below.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on June 3, 2008, in Denver, Colorado.

_____/s/_____
Stephanie Bliss

*Proof of Service*