# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Howard R. Lloyd, Presiding**
Courtroom 2 - 5th Floor

# Civil Minute Order

Date:   June 10, 2008                                        Time in Court: 9 minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR: FTR

---

**TITLE:**  Rowland Pugh v. Besser Company et al
**CASE NUMBER**: C08-01014HRL
Plaintiff Attorney present: Rich Staskus
Defendant Attorney present: Cory Curtis

---

**PROCEEDINGS: Case Management Conference**


Matter is continued to August 5, 2008 at 1:30 p.m. for Further Case Management Conference.