**\*E-FILED 6/10/2008\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROWLAND PUGH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BESSER CORPORATION,<br><br>　　　　Defendant.<br>_____/ | No. C08-01014 HRL<br><br>**CLERK'S NOTICE RE FURTHER CASE MANAGEMENT CONFERENCE** |

PLEASE TAKE NOTICE THAT this matter has been continued to **August 5, 2008, 1:30 p.m.** for a further case management conference. The parties' joint case management statement is due by **July 29, 2008**.

Dated:   June 10, 2008

　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　Chambers of Magistrate Judge Howard R. Lloyd

**5:08-cv-1014 Notice has been electronically mailed to:**

Cory M Curtis ccurtis@bakerlaw.com, sbliss@bakerlaw.com, sgolembiowski@bakerlaw.com

Laurin D. Quiat lquiat@bakerlaw.com, dscallorn@bakerlaw.com

Cranston John Williams cwilliams@bakerlaw.com

**5:08-cv-1014 Courtesy copy mailed to:**

Richard Jeffrey Staskus
Law Office of Richard J. Staskus
84 West Santa Clara Street, Suite 840
San Jose, CA 95113

**Plaintiff's counsel is reminded of the obligation to register for e-filing pursuant to General Order No. 45**.