**United States District Court**
For the Northern District of California

***E-FILED 8/1/2008***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROLAND PUGH,<br><br>　　　　　Plaintiff,<br>　v.<br><br>BESSER COMPANY, et al.<br><br>　　　　　Defendants.<br>_____/ | No. C08-01014 HRL<br><br>**ORDER (1) DENYING DEFENDANT BESSER'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; AND (2) GRANTING BESSER'S REQUEST FOR TELEPHONIC APPEARANCE**<br><br>**[Re: Docket No. 22]** |

Defendant Besser Company ("Besser") moves to continue the case management conference set for August 5, 2008, 1:30 p.m. Upon consideration of the papers submitted, the request for a continuance is denied. However, Besser's alternate request for leave to appear by telephone at the conference is granted. Besser shall initiate the call to the court at (408) 535-5205.

SO ORDERED.

Dated:　August 1, 2008

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HOWARD R. LLOYD
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

**5:08-cv-1014 Notice has been electronically mailed to:**

Cory M Curtis ccurtis@bakerlaw.com, sbliss@bakerlaw.com, sgolembiowski@bakerlaw.com

Laurin D. Quiat lquiat@bakerlaw.com, dscallorn@bakerlaw.com

Cranston John Williams cwilliams@bakerlaw.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

**Courtesy copy mailed to**:

Richard Jeffrey Staskus
Law Office of Richard J. Staskus
84 West Santa Clara Street
Suite 840
San Jose, CA 95113

　　　Counsel for plaintiff

**Counsel is reminded of the obligation to register for e-filing pursuant to General Order No. 45**.