UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
**Magistrate Judge Howard R. Lloyd, Presiding**
Courtroom 2 - 5th Floor

# Civil Minute Order

Date:   August 5, 2008                                     Time in Court: 5  minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR: FTR

---

**TITLE:**   Rowland Pugh v. Besser Company, et. al.
**CASE NUMBER**: C08-01014HRL
Plaintiff Attorney present: Richard Staskus
Defendant Attorney present: Cory Curtis via telephone

---

**PROCEEDINGS: Further Case Management Conference**


Matter is continued to September 23, 2008 at 1:30 p.m. for a Further Case Management Conference.