1  RICHARD J. STASKUS, SBN 72794
   LAW OFFICES OF RICHARD J. STASKUS
2  84 W. Santa Clara Street, Suite 840
   San Jose, CA  95113
3  Telephone: (408) 995-0800

4  Attorneys for Plaintiff,
   Rowland Pugh

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROWLAND PUGH, | Case No.: C08-01014-HRL |
| Plaintiff, | STIPULATION AND ORDER TO FILE FIRST AMENDED COMPLAINT |
| vs. | |
| BESSER COMPANY, et al. | |
| Defendants. | |

COME NOW the attorneys for plaintiff ROWLAND PUGH and defendant BESSER COMPANY and stipulate to the entry of an Order allowing the filing of a First Amended Complaint in the above entitled matter, naming ROCKWELL AUTOMATION in place of DOE 2. A true and correct copy of the proposed First Amended Complaint is attached hereto and incorporated herein.

IT IS SO STIPULATED:

DATED: AUGUST 4, 2008       _____
                             RICHARD J. STASKUS, ESQ.
                             Attorney for Plaintiff, Rowland Pugh


DATED: AUGUST ____, 2008    _____
                             CORY M. CURTIS
                             Attorney for defendant, Besser Company

Law Offices of
Richard J. Staskus
4 W. Santa Clara Street
Suite 840
San Jose, CA 95113
(408) 995-0800

1
STIPULATION AND ORDER ALLOWING FILING OF FIRST AMENDED COMPLAINT

1 RICHARD J. STASKUS, SBN 72794
LAW OFFICES OF RICHARD J. STASKUS
2 84 W. Santa Clara Street, Suite 840
San Jose, CA 95113
3 Telephone: (408) 995-0800

4 Attorneys for Plaintiff,
Rowland Pugh

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROWLAND PUGH, | Case No.: C08-01014-HRL |
| Plaintiff, | STIPULATION AND ORDER TO FILE FIRST AMENDED COMPLAINT |
| vs. | |
| BESSER COMPANY, et al. | |
| Defendants. | |

COME NOW the attorneys for plaintiff ROWLAND PUGH and defendant BESSER COMPANY and stipulate to the entry of an Order allowing the filing of a First Amended Complaint in the above entitled matter, naming ROCKWELL AUTOMATION in place of DOE 2. A true and correct copy of the proposed First Amended Complaint is attached hereto and incorporated herein.

IT IS SO STIPULATED:

DATED: AUGUST 4, 2008    _____
RICHARD J. STASKUS, ESQ.
Attorney for Plaintiff, Rowland Pugh

DATED: AUGUST 5, 2008    _____
CORY M. CURTIS
Attorney for defendant, Besser Company

Law Offices of
Richard J. Staskus
84 W. Santa Clara Street
Suite 840
San Jose, CA 95113
(408) 995-0800

1
STIPULATION AND ORDER ALLOWING FILING OF FIRST AMENDED COMPLAINT

RECEIVED TIME   AUG. 5   11:27PM

ORDER OF THE COURT

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: AUGUST _____, 2008

_____
HONORABLE HOWARD R. LLOYD
UNITED STATES DISTRICT MAGISTRATE JUDGE

Law Offices of
Richard J. Staskus
W. Santa Clara Street
Suite 840
San Jose, CA 95113
(408) 995-0800

2
STIPULATION AND ORDER ALLOWING FILING OF FIRST AMENDED COMPLAINT