```
 1 | RICHARD J. STASKUS, SBN 72794
   | LAW OFFICES OF RICHARD J. STASKUS
 2 | 84 W. Santa Clara Street, Suite 840
   | San Jose, CA  95113
 3 | Telephone: (408) 995-0800
                                                    *E-FILED 8/7/2008*
 4 | Attorneys for Plaintiff,
   | Rowland Pugh
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| ROWLAND PUGH, | Case No.: C08-01014-HRL |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO FILE FIRST AMENDED COMPLAINT |
| vs. | |
| BESSER COMPANY, et al. | |
| Defendants. | |

COME NOW the attorneys for plaintiff ROWLAND PUGH and defendant BESSER COMPANY and stipulate to the entry of an Order allowing the filing of a First Amended Complaint in the above entitled matter, naming ROCKWELL AUTOMATION in place of DOE 2. A true and correct copy of the proposed First Amended Complaint is attached hereto and incorporated herein.

IT IS SO STIPULATED:

DATED: AUGUST 4, 2008    _____
                         RICHARD J. STASKUS, ESQ.
                         Attorney for Plaintiff, Rowland Pugh


DATED: AUGUST ____, 2008 _____
                         CORY M. CURTIS
                         Attorney for defendant, Besser Company

---

STIPULATION AND ORDER ALLOWING FILING OF FIRST AMENDED COMPLAINT

AUG-05-2008 11:59 From:BAKER&HOSTETLER LLP 3038617805 To:##08814082948481 P.2/3
Case 5:08-cv-01014-HRL Document 27 Filed 08/07/2008 Page 2 of 3

AUG. 4.2008 1:43PM NO.011 P.1/2

1  RICHARD J. STASKUS, SBN 72794
   LAW OFFICES OF RICHARD J. STASKUS
2  84 W. Santa Clara Street, Suite 840
   San Jose, CA 95113
3  Telephone: (408) 995-0800

4  Attorneys for Plaintiff,
   Rowland Pugh

5

6

7

8           UNITED STATES DISTRICT COURT
9           NORTHERN DISTRICT OF CALIFORNIA

10 ROWLAND PUGH,
                                    Case No.: C08-01014-HRL
11         Plaintiff,
                                    STIPULATION AND ORDER TO FILE
12 vs.                              FIRST AMENDED COMPLAINT

13 BESSER COMPANY, et al.,

14         Defendants.

15 _____

16 COME NOW the attorneys for plaintiff ROWLAND PUGH and defendant BESSER

17 COMPANY and stipulate to the entry of an Order allowing the filing of a First Amended

18 Complaint in the above entitled matter, naming ROCKWELL AUTOMATION in place of

19 DOE 2. A true and correct copy of the proposed First Amended Complaint is attached

20 hereto and incorporated herein.

21     IT IS SO STIPULATED:

22 DATED: AUGUST 4, 2008    _____
23                          RICHARD J. STASKUS, ESQ.
                            Attorney for Plaintiff, Rowland Pugh
24

25

26 DATED: AUGUST 5, 2008    _____
                            CORY M. CURTIS
27                          Attorney for defendant, Besser Company

28

Law Offices of
Richard J. Staskus
W. Santa Clara Street
Suite 840
San Jose, CA 95113
(408) 995-0800

                                    1
STIPULATION AND ORDER ALLOWING FILING OF FIRST AMENDED COMPLAINT

RECEIVED TIME    AUG. 5.  11:27AM

ORDER OF THE COURT

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: AUGUST __7__, 2008

_____
HONORABLE HOWARD R. LLOYD
UNITED STATES DISTRICT MAGISTRATE JUDGE

Law Offices of
Richard J. Staskus
W. Santa Clara Street
Suite 840
San Jose, CA 95113
(408) 995-0800

2
STIPULATION AND ORDER ALLOWING FILING OF FIRST AMENDED COMPLAINT