

1  **SMITH & SUSSON, LLP**
   660 Newport Center Drive, Suite 100
2  Newport Beach, CA 92660
   Telephone (949) 706-1776
3  Facsimile (949) 706-0776

4  Mark Susson, SBN 89420

5  Attorneys For Lien Claimant
   LABOR READY

6

7                UNITED STATES DISTRICT COURT

8                NORTHERN DISTRICT OF CALIFORNIA

9                       SAN JOSE DIVISION

10
                                    )
11  ROWLAND PUGH,                   )   CASE NO.   C0801014 HRL
                                    )
12              Plaintiff,          )   LIEN
                                    )
13       v.                         )
                                    )
14  BESSER COMPANY, CALSTONE        )
    COMPANY, and DOES 1 through 20, )
15                                  )
                Defendants.         )
16  _____)

17       LABOR READY claims a lien for the total amount of workers' compensation

18  benefits paid to and on behalf of ROWLAND PUGH as a result of injuries which ROWLAND

19  PUGH sustained and which are related to the above-noted matter.

20

21  DATED: August 21, 2008          SMITH & SUSSON, LLP

22

23                                  By: _____
                                        MARK SUSSON
24                                      Attorneys for Lien Claimant
                                        LABOR READY
25

26

27

28

LIEN                                  1

PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA )
                    ) §
COUNTY OF ORANGE    )

    I am a citizen of the United States of America and an employee of the county aforesaid. I am over the age of 18 years and not a party to this action. My business address is 660 Newport Center Drive, Suite 100, Newport Beach, California 92660.

    I am familiar with the business practice at my place of employment for the collection and processing of correspondence for mailing with the United States Postal Service. All correspondence collected and processed is deposited with the postal service that same day, in the ordinary course of business.

    On August 21, 2008, at my place of business, I served the within **LIEN** on the interested parties in said action by placing for deposit in the U.S. Postal Service a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid at Newport Beach, California, addressed as follows:

| | |
|---|---|
| Cranston J. Williams, Esq. | Richard J. Staskus, Esq. |
| Baker & Hostetler, LLP | Law Offices of Richard J. Staskus |
| 12100 Wilshire Boulevard, 15th Floor | 84 West Santa Clara Street, Suite 840 |
| Los Angeles, CA 90025-7120 | San Jose, CA 95113 |
| Attorneys for Defendant | Attorneys for Plaintiff, ROWLAND PUGH |
| BESSER COMPANY | (408) 995-0800 |
| (310) 820-8800 | (408) 294-8481 Fax |
| (310) 820-8859 fax | |

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed on August 21, 2008, at Newport Beach, California.

_____
TERESA RODRIGUEZ