1  TUCKER ELLIS & WEST LLP
   PEGGY S. DOYLE, SBN 17683
2  135 Main Street, Suite 700
   San Francisco, CA 94105
3  Telephone: 415.617.2400
   Facsimile: 415.617.2409
4  Email: peggy.doyle@tuckerellis.com

5  Attorneys for Defendant
   ROCKWELL AUTOMATION, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROWLAND PUGH,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BESSER COMPANNY, a Michigan corporation, ROCKWELL AUTOMATION, a Wisconsin corporation, et al.<br><br>　　　　Defendants. | Case No. C08-01014-HRL<br><br>**DEFENDANT ROCKWELL AUTOMATION, INC.'S CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE HOWARD R. LLOYD** |

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party hereby voluntarily consents to have United States Magistrate Judge Howard R. Lloyd conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

　　　　Dated: September 8, 2008

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　PEGGY S. DOYLE

　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　　ROCKWELL AUTOMATION, INC.

---

1

DEFENDANT ROCKWELL AUTOMATION, INC.'S
CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE HOWARD R. LLOYD

SFOiManage\010745.000010\160741.1

**PROOF OF SERVICE**
<u>Pugh v. Besser, et al.</u>- Northern California District Court Case No. C08-01014-HRL

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

    I declare that I am a citizen of the United States and a resident of San Francisco, California or employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is Tucker Ellis & West LLP, 135 Main Street, Suite 700, San Francisco, California 94105.

On this date, I served the foregoing documents entitled **DEFENDANT ROCKWELL AUTOMATION, INC.'S CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE HOWARD R. LLOYD** by placing a true and correct copy, enclosed in a sealed envelope(s), addressed as follows:

| | |
|---|---|
| Richard J. Staskus, SBN 72794<br>LAW OFFICES OF RICHARD J. STASKUS<br>84 West Santa Clara Street, Suite 840<br>San Jose, CA 95113 | **Attorneys for Plaintiff**<br><br>Tel: (408) 995-0800<br>Fax: (408) 294-8481<br>E-mail: richardstaskus@yahoo.com |
| Cranston J. Williams, SBN 162714<br>BAKER & HOSTETLER, LLP<br>12100 Wilshire Boulevard, 15th Floor<br>Los Angeles, CA 90025 | **Attorneys for Defendant Besser Company**<br><br>Tel: (310) 442-8800<br>Direct: (310) 442-8807<br>Fax: (310) 880-8859<br>E-Mail: cwilliams@bakerlaw.com |
| Laurin D. Quiat, *pro hac vice*<br><br>Cory M. Curtis *pro hac vice*<br>BAKER & HOSTETLER, LLP<br>303 East Seventeenth Avenue, Suite 1100<br>Denver, CO 80203 | **Attorneys for Defendant Besser Company**<br><br>Tel: (303) 861-0600<br>Fax: (303) 861-7805<br>E-Mail: lquiat@bakerlaw.com<br>         ccurtis@bakerlaw.com |
| Mark Susson, SBN 89420<br>SMITH & SUSSON<br>660 Newport Center Drive<br>Newport Beach, CA 92660 | **Lien Claimant**<br><br>Tel: (949) 706-1776<br>Fax: (949) 706-0776 |

[ ]    By facsimile machine, I caused the above-referenced document(s) to be transmitted to the person(s) named above or on the attached service list at the facsimile numbers given thereat.

[X]    By mail, I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California.

[X]    (FEDERAL) I declare that I am employed in the office of the Bar of this Court at whose direction the service was made.

1  [X]  (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

2

3  Executed on September 9, 2008, at San Francisco, California.

4  _____

5  Anna Lisa Villanueva

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

3

PROOF OF SERVICE

SFOiManage\000009.000004\160459.1