**United States District Court**
For the Northern District of California

1

2

3                                                         **\*E-FILED\***
                                                        **March 12, 2009**
4

5

6

7                        UNITED STATES DISTRICT COURT

8                       NORTHERN DISTRICT OF CALIFORNIA

9

10   ROWLAND PUGH,                              No.  5:08 CV 1014 HRL (RS)

11            Plaintiff,

12   v.                                         **SETTLEMENT CONFERENCE ORDER**

13   BESSER COMPANY, a Michigan corporation;
     ROCKWELL AUTOMATION, a Wisconsin
14   corporation,

15

16            Defendants.
     _____/

17   TO ALL PARTIES AND COUNSEL OF RECORD:

18          The above matter was referred to Magistrate Judge Richard Seeborg for Settlement

19   Conference.  You are hereby notified that the conference is scheduled for **October 1, 2009, at 9:30**

20   **a.m.** in Courtroom 4, United States Courthouse, 280 S. First Street, San Jose, California.

21          **Lead trial counsel** shall appear at the Settlement Conference with the parties and with the

22   person or persons having **full authority** to negotiate and to settle the case.  In all cases in which a

23   party is insured, the carrier's claims representative and attorney, if any, with **full authority** to

24   negotiate up to the limits of coverage shall also attend the Settlement Conference.

25          Personal attendance by counsel will not be excused under any circumstances and personal

26   attendance by a party will rarely be excused.  Permission for a party to attend by telephone may be

27   granted upon written request made at least ten (10) calendar days in advance of the conference, **if** the

28   party lives and works outside of the Northern District of California **and** attendance would constitute

**United States District Court**
For the Northern District of California

1  a hardship.  The nature of the hardship must be explained.  A copy of the written request must be

2  served on all other parties.  Any objection to the request must be submitted within forty-eight (48)

3  hours of receipt.  Both the request and objection may be submitted in letter form either by mail or

4  facsimile to 408/535-5354.  If telephone attendance is allowed, the party must be available

5  throughout the entire conference.

6        No later than seven (7) calendar days before the Settlement Conference, each party shall

7  submit a Settlement Conference Statement to Magistrate Judge Seeborg in camera. The original

8  Settlement Conference Statement (no copies are necessary) shall be placed in a sealed envelope,

9  clearly marked "Confidential: Settlement Conference Statement; Attn: Clerk for Magistrate Judge

10  Seeborg," and lodged with the Clerk's office, Room 2112 on the second floor of the United States

11  Courthouse, 280 South First Street, San Jose, California. The clerk will forward the Settlement

12  Conference Statement to Magistrate Judge Seeborg's chambers. The Settlement Conference

13  Statement shall not be filed with the Court nor are the parties required to serve the Statement upon

14  the other parties or their counsel.

15        The form and content of the Settlement Conference Statement may vary depending upon the

16  nature of the case, the stage of the proceedings or timing of the conference, and economic

17  considerations. Generally, the Settlement Conference Statement should include the following

18  information:

19        1.  Statement of Facts. A brief description of the substance of the claims and defenses

20  presented.

21        2.  Summary of Proceedings. A brief list of the motions previously made, the dispositions

22  thereof, and any motions pending resolution.

23        3.  Undisputed Matters. A plain and concise statement of all material facts not reasonably

24  disputable.

25        4.  Issues of Fact. A plain and concise statement of the major factual issues in dispute.

26

27

28

2

**United States District Court**
For the Northern District of California

1       5.  <u>Issues of Law</u>. A brief statement of the disputed points of law with respect to liability and

2 damages with reference to statutes and decisions relied upon. Extended legal argument is not

3 necessary.  Reference may be made to memoranda and points and authorities previously filed.

4       6.  <u>Relief Sought</u>. A statement of the relief claimed, including a particularized itemization of

5 all elements of damages.

6       7.  <u>Prior Settlement Discussions</u>. A summary of prior settlement activity between the parties,

7 including settlement offers and responses thereto.

8       8.  <u>Litigation Costs</u>. A brief statement of the approximate litigation costs to date and the

9 estimated cost and time projected for further discovery, pretrial proceedings and trial.

10       9.  <u>Settlement Analysis</u>. A brief and forthright evaluation of the strengths and weaknesses of

11 your case and the probabilities of prevailing on the major issues in dispute.

12       10.  <u>Discrete Issues</u>. Are there any discrete issues affecting the parties which, if resolved,

13 would aid in the disposition of the case.

14       11.  <u>Current Settlement Position</u>. Set forth a reasonable proposal of settlement.

15       Parties are encouraged to participate and frankly discuss their case.  Statements they make

16 during the conference will not be admissible at trial to prove or disprove liability in the event the

17 case does not settle.  The parties should be prepared to discuss such items as their settlement

18 objectives,  any impediments to settlement that they perceive, whether they have enough information

19 to discuss settlement and, if not, what additional information is needed and the possibility of a

20 creative resolution of the dispute.

21       Any request to continue the Settlement Conference shall be submitted in writing as soon as

22 possible after consultation with the opposing party.  Submission by facsimile is acceptable at

23 facsimile number 408/535-5354.

24       The parties shall notify Magistrate Judge Seeborg's Chambers **immediately** at 408/535-5357

25 if this case settles prior to the date set for Settlement Conference.

26       **IT IS SO ORDERED.**

27

28

**United States District Court**

For the Northern District of California

1

2   Dated:  March 12, 2009

3

4                                                          /s/ Richard Seeborg
                                                          RICHARD SEEBORG
5                                                          United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                                    4