TUCKER ELLIS & WEST LLP
PEGGY S. DOYLE, SBN 17683
135 Main Street, Suite 700
San Francisco, CA 94105
Telephone: 415.617.2400
Facsimile: 415.617.2409

Attorneys for Defendant
ROCKWELL AUTOMATION, INC.

*ORDER E-FILED 4/16/2009*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROWLAND PUGH,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BESSER COMPANNY, a Michigan corporation, ROCKWELL AUTOMATION, a Wisconsin corporation, et al.,<br><br>　　　　Defendants. | Case No. C08-01014-HRL<br><br>**STIPULATION AND ORDER DISMISSING CERTAIN CLAIMS IN FIRST AMENDED COMPLAINT FOR DAMAGES** |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, that plaintiff Rowland Pugh shall dismiss, with prejudice, each of the following claims alleged in his First Amended Complaint For Damages ("Complaint") on file in the above-entitled action, each party to bear its own costs and fees:

　　　　1.　　Any and all claims for manufacturing defect alleged in the First Cause of Action of said Complaint;

　　　　2.　　Any and all claims for manufacturing defect alleged in the Second Cause of Action of said Complaint; and

///

///

4.  The Third Cause of Action for breach of express and implied warranties, in its entirety, of said Complaint.

Dated: 4/13, 2009

LAW OFFICES OF RICHARD J. STASKUS

By: /s/ Richard J. Staskus
Richard J. Staskus
Attorney for Plaintiff

Dated: 4/14, 2009

BAKER & HOSTETLER LLP

By: /s/
Cory M. Curtis / Laurin D. Quiat
Attorneys for Defendant
BESSER COMPANY

Dated: 4-14, 2009

TUCKER ELLIS & WEST LLP

By: /s/
Peggy S. Doyle
Attorneys for Defendant
ROCKWELL AUTOMATION, INC.

## ORDER

Pursuant to stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that all claims for manufacturing defect alleged in the First and Second Causes of Action of the Complaint and all claims in the Third Cause of Action of the Complaint are dismissed, with prejudice, each party to bear its own costs and fees.

DATED: April 16, 2009

/s/
Honorable Howard R. Lloyd
Magistrate Judge of the United States
District Court, Northern District of California